1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN HAND, | )  Case No. CV 10-3582 DDP (JCG) |
|          Petitioner, | ) |
| | )  **JUDGMENT** |
|     v. | ) |
| ANTHONY HEDGPETH, Warden, | ) |
|          Respondent. | ) |
| | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: _September 20_, 2011.

_____

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE