1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20

| | |
|---|---|
| SEAN HAND, | ) Case No. CV 10-3582 DDP (JCG) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| ANTHONY HEDGPETH, Warden, | ) |
| Respondent. | ) |
| | ) |

        IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

21
22

DATED: _September 20_, 2011.

23
24

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

25
26
27
28